**Monthly Operating Report**
CASH BASIS

CASE NAME: Red Mountain Resources, Inc.

CASE NUMBER: 16-30989

JUDGE:

# UNITED STATES BANKRUPTCY COURT

# NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** June 2018
                                   MONTH      YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Alan W Barksdale_                           President and CEO
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY               TITLE

Alan W Barksdale
PRINTED NAME OF RESPONSIBLE PARTY                       DATE

**PREPARER:**

_/s/ Alan W Barksdale_                            President and CEO
ORIGINAL SIGNATURE OF PREPARER                                TITLE

Alan W Barksdale
PRINTED NAME OF PREPARER                                   DATE

# Monthly Operating Report
## CASH BASIS-1

**CASE NAME:** Red Mountain Resources, Inc.

**CASE NUMBER:** 16-30989

| CASH RECEIPTS AND DISBURSEMENTS | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 9,208.41 | $ 1,898.97 | $ 9,063.05 | $ 9,039.88 | $ 20,503.76 | $ 9,553.59 |
| **RECEIPTS** | | | | | | |
| 2. CASH SALES | | | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ - | $ - | $ - | $ - | $ - | $ - |
| 4. LOANS AND ADVANCES | | | | | | |
| 5. SALE OF ASSETS | | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | | |
| 7. WAGES | | | | | | |
| 8. OTHER (ATTACH LIST) | $ - | $ 10,000.00 | $ 5,235.00 | $ 20,000.00 | $ - | $ - |
| 9. TOTAL RECEIPTS | $ - | $ 10,000.00 | $ 5,235.00 | $ 20,000.00 | $ - | $ - |
| **DISBURSEMENTS** | | | | | | |
| 10. NET PAYROLL | | | | | | |
| 11. PAYROLL TAXES PAID | | | | | | |
| 12. SALES,USE & OTHER TAXES PAID | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | |
| 14. MORTAGE PAYMENTS | | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | | | |
| 17. UTILITIES | | | | | | |
| 18. INSURANCE | | | | | | |
| 19. VEHICLE EXPENSES | | | | | | |
| 20. TRAVEL | | | | | | |
| 21. ENTERTAINMENT | | | | | | |
| 22. REPAIRS & MAINTENANCE | | | | | | |
| 23. SUPPLIES | | | | | | |
| 24. ADVERTISING | | | | | | |
| 25. HOUSEHOLD EXPENSES | | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | | |
| 27. GIFTS | | | | | | |
| 28. OTHER (ATTACH LIST) | $ 7,309.44 | $ 2,835.92 | $ 5,258.17 | $ 8,536.12 | $ 10,950.17 | $ 7,867.72 |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 7,309.44 | $ 2,835.92 | $ 5,258.17 | $ 8,536.12 | $ 10,950.17 | $ 7,867.72 |
| **REORGANIZATION EXPENSES** | | | | | | |
| 30. PROFESSIONAL FEES | | | | | | |
| 31. U.S. TRUSTEE FEES | | | | | | |
| 32. OTHER (ATTACH LIST) | | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ - | $ - | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 7,309.44 | $ 2,835.92 | $ 5,258.17 | $ 8,536.12 | $ 10,950.17 | $ 7,867.72 |
| 35. NET CASH FLOW | $ (7,309.44) | $ 7,164.08 | $ (23.17) | $ 11,463.88 | $ (10,950.17) | $ (7,867.72) |
| 36. CASH - END OF MONTH | $ 1,898.97 | $ 9,063.05 | $ 9,039.88 | $ 20,503.76 | $ 9,553.59 | $ 1,685.87 |

**Monthly Operating Report**
CASH BASIS-1

| CASE NAME: | Red Mountain Resources, Inc. |
|---|---|
| CASE NUMBER: | 16-30989 |

| 8. OTHER (ATTACH LIST) | $ | - |
|---|---|---|

# Monthly Operating Report
## CASH BASIS-1A

### 2018

| CASE NAME: | Red Mountain Resources, Inc. |
|---|---|
| CASE NUMBER: | 16-30989 |

**CASH DISBURSEMENTS DETAIL**  **MONTH:** June

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | $ - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 1748 | 06/01/18 | Atmos Energy | Gas | $ 51.54 |
| 1749 | 06/01/18 | Alan Barksdale | Expense Remiburseme | $ 799.63 |
| 1750 | 06/01/18 | City of Farmers Branch | Water | $ 48.30 |
| 1751 | 06/01/18 | Angel Industrial Properties | Rent | $ 3,388.28 |
| 1752 | 06/01/18 | WP Software | Accounting Software | $ 408.33 |
| 1753 | 06/08/18 | CWD Community Waste | Trash | $ 133.38 |
| 1754 | 06/19/18 | Network Billing Systems | Telephones | $ 180.03 |
| 1755 | 06/19/18 | Cynthia Chrestman | Expense Remiburseme | $ 258.00 |
| 1756 | 06/19/18 | Time Warner | Internet | $ 1,009.29 |
| 1757 | 06/26/18 | Alan Barksdale | Expense Remiburseme | $ 1,230.04 |
| | 06/30/18 | Bank of Texas | Bank Charges | $ 360.90 |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | $ 7,867.72 |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $ 7,867.72 |
|---|---|
| | - |

**Monthly Operating Report**
CASH BASIS-2

**CASE NAME:** Red Mountain Resources, Inc.

**CASE NUMBER:** 16-30989

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A. BANK: | Bank of Texas | First State Bar | Independent Bank | |
| B. ACCOUNT NUMBER: | 1312 | 1869 | 2947 | TOTAL |
| C. PURPOSE (TYPE): | DIP Acct | General Accot | General Account | |
| 1. BALANCE PER BANK STATEMENT | $ 1,819.25 | $ - | $ - | $ 1,819.25 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 133.38 | $ - | | $ 133.38 |
| 4. OTHER RECONCILING ITEMS | | $ - | | $ - |
| 5. MONTH END BALANCE PER BOOKS | $ 1,685.87 | $ - | $ - | $ 1,685.87 |
| 6. NUMBER OF LAST CHECK WRITTEN | 1757 | 2733 | | (0.00) |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | $ - |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $ - |
| **13. TOTAL CASH - END OF MONTH** | $ 1,685.87 |

**Monthly Operating Report**
CASH BASIS-3

| CASE NAME: | Red Mountain Resources, Inc. |
|---|---|
| CASE NUMBER: | 16-30989 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH<br>January | MONTH<br>February | MONTH<br>March | MONTH<br>April | MONTH<br>May | MONTH<br>June |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **SCHEDULE "B"**<br>**PERSONAL PROPERTY** | | | | | | | |
| 1. CASH ON HAND | | | | | | | |
| 2. CHECKING, SAVINGS, ETC. | $173,282.95 | $1,898.97 | $9,063.05 | $9,039.88 | $20,503.76 | $9,553.59 | $1,685.87 |
| 3. SECURITY DEPOSITS | $5,226.38 | $ - | $ - | $ - | $ - | $ - | $ - |
| 4. HOUSEHOLD GOODS | | | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | | | |
| 6. WEARING APPAREL | | | | | | | |
| 7. FURS AND JEWELRY | | | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | | | |
| 9. INSURANCE POLICIES | | | | | | | |
| 10. ANNUITIES | | | | | | | |
| 11. EDUCATION | | | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | | | |
| 13. STOCKS | | | | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | | | |
| 16. ACCOUNTS RECEIVABLE | | $ - | $ - | $ - | $ - | $ - | $ - |
| 17. ALIMONY | | | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | | | |
| 19. EQUITABLE INTERESTS | | | | | | | |
| 20. CONTINGENT INTERESTS | | | | | | | |
| 21. OTHER CLAIMS | | | | | | | |
| 22. PATENTS & COPYRIGHTS | | | | | | | |
| 23. LICENSES & FRANCHISES | | | | | | | |
| 24. CUSTOMER LISTS | | | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | | | | |
| 26. BOATS & MOTORS | | | | | | | |
| 27. AIRCRAFT | | | | | | | |
| 28. OFFICE EQUIPMENT | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| 29. MACHINERY, FIXTURES & EQUIPMENT | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 30. INVENTORY | | | | | | | |
| 31. ANIMALS | | | | | | | |
| 32. CROPS | | | | | | | |
| 33. FARMING EQUIPMENT | | | | | | | |
| 34. FARM SUPPLIES | | | | | | | |
| 35. OTHER (ATTACH LIST) | | | | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $193,509.33 | $16,898.97 | $24,063.05 | $24,039.88 | $35,503.76 | $24,553.59 | $16,685.87 |
| 37. TOTAL ASSETS | $193,509.33 | $16,898.97 | $24,063.05 | $24,039.88 | $35,503.76 | $24,553.59 | $16,685.87 |

**Monthly Operating Report**
**CASH BASIS-4**

**CASE NAME:** Red Mountain Resources, Inc.
**CASE NUMBER:** 16-30989

MONTH: June

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | | |
| 2. PRIORITY | | |
| 3. UNSECURED | $ 611,873.24 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 611,873.24 | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. Black Rock | | $ 281,370.69 | | |
| 8. RMR Operating, LLC | | $ - | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ 281,370.69 | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ 281,370.69 | | $ - |

**Monthly Operating Report**
CASH BASIS-4A

| CASE NAME: | Red Mountain Resources, Inc. |
|---|---|
| CASE NUMBER: | 16-30989 |

MONTH: June

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|
| 1. 0 - 30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2. 31 - 60 | | $ - | $ - | $ - | $ - | $ - | $ - |
| 3. 61 - 90 | | $ - | $ - | $ - | $ - | $ - | $ - |
| 4. 91 + | | $ - | $ - | $ - | $ - | $ - | $ - |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | Total | Total | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|
| TAXES PAYABLE | | | | | | | |
| 1. FEDERAL | | $ - | $ - | $ - | $ - | $ - | $ - |
| 2. STATE | | $ - | $ - | $ - | $ - | $ - | $ - |
| 3. LOCAL | | $ - | $ - | $ - | $ - | $ - | $ - |
| 4. OTHER (ATTACH LIST) | | $ - | $ - | $ - | $ - | $ - | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | | $ - | $ - | $ - | $ - | $ - | $ - |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL | | | | | | | |
| 1. WITHHOLDING | | | | | | | |
| 2. FICA-EMPLOYEE | | | | | | | |
| 3. FICA-EMPLOYER | | | | | | | |
| 4. UNEMPLOYMENT | | | | | | | |
| 5. INCOME | | | | | | | |
| 6. OTHER (ATTACH LIST) | | | | | | | |
| 7. TOTAL FEDERAL TAXES | $ - | | | | | | |
| STATE AND LOCAL | | | | | | | |
| 8. WITHHOLDING | | | | | | | |
| 9. SALES | | | | | | | |
| 10. EXCISE | | | | | | | |
| 11. UNEMPLOYMENT | | | | | | | |
| 12. REAL PROPERTY | | | | | | | |
| 13. PERSONAL PROPERTY | | | | | | | |
| 14. OTHER (ATTACH LIST) | | | | | | | |
| 15. TOTAL STATE & LOCAL | $ - | | | | | | |
| 16. TOTAL TAXES | $ - | | | | | | |

**Monthly Operating Report**
CASH BASIS-5

| CASE NAME: | Red Mountain Resources, Inc. |
|---|---|
| CASE NUMBER: | 16-30989 |

MONTH: June

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $   - | $   - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $   - | $   - | $   - | $   - |

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $   - | $   - | $   - |

**Monthly Operating Report**
CASH BASIS-6

**2018**

CASE NAME: Red Mountain Resources, Inc.
CASE NUMBER: 16-30989

MONTH: June

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| GL AUTO PROP UMB | St Paul Fire and Marine | 08/01/17 - 08/01/18 | Paid in full |
| Worker's Compensation, Emp | Travelers Casualty & Su | 08/01/17 - 08/01/18 | Paid in full |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
▒▒▒▒1312

Statement Period:
06-01-18 to 06-30-18

0000528 T0925207021814362200 00000 03 100000000 00127380 002 TEXRG3

RED MOUNTAIN RESOURCES INC DEBTOR IN
POSSESSION CASE #16-30989-11 JOINTLY
ADMINISTERED CASE 16-30988-BJH-1
US BANKRUPTCY COURT N TX-GEN OPERATING
14282 GILLIS RD
FARMERS BRANCH TX 75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

www.bankoftexas.com

9 Images Provided Page 1 of 4

## BANKRUPTCY CHECKING

ACCOUNT: ▒▒▒▒1312



Statement Period from 06-01-18 through 06-30-18

```
$   Starting Balance              9,553.59
+     0 Deposits                       .00
-    10 Checks & Withdrawals      7,734.34
-     Service Fees                    .00
=     Ending Balance              1,819.25
```



WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 06-14 BANK OF TEXAS | ANALYSIS | 1 | | 360.90 |

CHECKS   (* Indicates a break in check number sequence)
         (RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 06-08 | 1748 | 51.54 | 06-25 | *1754 | 180.03 |
| 06-01 | 1749 | 799.63 | 06-20 | 1755 | 258.00 |
| 06-06 | 1750 | 48.30 | 06-27 | 1756 | 1,009.29 |
| 06-12 | 1751 | 3,388.28 | 06-26 | 1757 | 1,230.04 |
| 06-05 | 1752 | 408.33 | | | |



 **BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | Outstanding Item | Amount | |
|---|---|---|---|---|
| | | | | **New Balance** |
| | | | | **Shown on other side** |
| | | | | |
| | | | | **Plus (+)** |
| | | | | **Total A** |
| | | | | |
| | | | | **Equals (=)** |
| | | | | |
| | | | | **Minus (-)** |
| | | | | **Total B** |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** |
| | | | | **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00000528-0031056-0002-0004-T0925207021814362200-03-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
████████1312

Statement Period:
06-01-18 to 06-30-18

RED MOUNTAIN RESOURCES INC DEBTOR IN
POSSESSION CASE #16-30989-11 JOINTLY
ADMINISTERED CASE 16-30988-BJH-1
US BANKRUPTCY COURT N TX-GEN OPERATING
14282 GILLIS RD
FARMERS BRANCH TX  75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

www.bankoftexas.com

9 Images Provided Page 3 of 4

## DAILY ACCOUNT BALANCE

| Date  | Balance  | Date  | Balance  | Date  | Balance  |
|-------|----------|-------|----------|-------|----------|
| 05-31 | 9,553.59 | 06-08 | 8,245.79 | 06-25 | 4,058.58 |
| 06-01 | 8,753.96 | 06-12 | 4,857.51 | 06-26 | 2,828.54 |
| 06-05 | 8,345.63 | 06-14 | 4,496.61 | 06-27 | 1,819.25 |
| 06-06 | 8,297.33 | 06-20 | 4,238.61 |       |          |

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 5,499.70 | AVG COLLECTED BAL | 5,499.70 |
|--------------------|----------|-------------------|----------|
| MINIMUM LEDGER BAL | 1,819.25 |                   |          |



00000528-0031057-0003-0004-T092520702181436220-03-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

RED MOUNTAIN RESOURCES INC DEBTOR IN
POSSESSION CASE #16-30989-11 JOINTLY

PRIMARY ACCOUNT
1312

Statement Period:
06-01-18 to 06-30-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

Page 4 of 4

---

## BANKRUPTCY CHECKING - 1312



| Check # | Amount |
|---|---|
| 1748 | $51.54 |
| 1749 | $799.63 |
| 1750 | $48.30 |
| 1751 | $3,388.28 |
| 1752 | $408.33 |
| 1754 | $180.03 |
| 1755 | $258.00 |
| 1756 | $1,009.29 |
| 1757 | $1,230.04 |